DATE FILED: October 26, 2022 1:47 PM
FILING ID: 3CDF92CC14FC1
CASE NUMBER: 2022CV30399

| | |
|---|---|
| DISTRICT COURT, MESA COUNTY, COLORADO<br>125 N. Spruce Street<br>Grand Junction, CO 81501 | |
| Plaintiff: Brandon Long<br><br>vs.<br><br>Defendant: J & C Enterprises, Incorporated | |
| Keller A. Caubarreaux, Esq.　　　　　No. 40612<br>Joseph H. Azbell, Esq.　　　　　　　No. 44586<br>Doehling Law, P.C.<br>114 North Spruce Street, Suite 100<br>Grand Junction, CO 81501<br>Phone Number: (970)241-9370<br>Fax Number:  (970)245-7902<br>E-mail: keller@doehlinglaw.com<br>E-mail: joseph@doehlinglaw.com | ▲ COURT USE ONLY ▲<br><br>Case No.:<br><br>Div.:　　　　　Ctrm.: |
| **COMPLAINT** | |

Plaintiff, Brandon Long, by and through his attorneys Doehling Law, P.C., allege:

**<u>JURISDICTION AND VENUE</u>**

1.　Jurisdiction is proper in Mesa County, Colorado.

2.　Venue in Mesa County, Colorado is proper pursuant to C.R.C.P.

98(c)(1) because Plaintiff resides in this county, Defendant can be found in this county,

and Plaintiff has designated this county as venue for this suit.

**Appendix 1**

**PARTIES**

3.      Plaintiff incorporates the preceding allegations by reference.

4.      Plaintiff, Brandon Long, is a resident of the state of Colorado and resides in Mesa County, Colorado.

5.      Defendant J & C Enterprises, Incorporated is a Utah corporation that advertises and works in Colorado.

**GENERAL ALLEGATIONS**

6.      Plaintiff incorporates the preceding allegations by reference.

7.      On March 22, 2021, Long was working for Helmerich & Payne International Drilling Co. ("H&P") in the Unita Basin near Myton, Utah.

8.      On March 22, 2021, part of Long's job duties required him to supervise his employees as they assisted J & C with the de-rigging of Rig 522.

9.      Upon information and belief, Ovintiv hired H & P to operate the drilling rig.

10.      Upon information and belief, H & P hired "Westroc Trucking, Inc." to assist with moving its drilling rig and other equipment.

11.      Upon information and belief, Westroc hired J & C Enterprises to operate a crane as part of the de-rigging process.

12.     Upon information and belief, there was no contractual relationship between H & P and J & C.

13.     While Long was on the oil rig observing the de-rigging process, employees of J & C removed the pins from the rig deck.

14.     As the rig deck pins were removed, the load shifted causing it to swing uncontrollably toward Long.

15.     The deck swung uncontrollably due to the negligent rigging of the deck to the crane hook.

16.     The swinging load hit Long's foot and pinned it between two pieces of equipment.

17.     Long suffered permanent damage to his foot and lower extremity due to being crushed by the load.

**FIRST CLAIM FOR RELIEF AGAINST DEFENDANT**
Negligence
CJI-Civ 9:1

18.     Plaintiff incorporates the preceding allegations by reference.

19.     Plaintiff incurred injuries, damages and losses as a result of the March 22, 2021, incident.

20.     Defendant was negligent.

21.     Defendant's negligence includes, but is not limited to, its failure to rig the materials hoisted to prevent unintentional displacement; its failure to establish a safe hoisting route; its failure to ensure that its equipment operators are competent and qualified; and its failure to use reasonable care in its communications with other individuals on the job site.

22.     Defendant's negligence was a cause of Plaintiff's injuries, damages, and losses.

## DAMAGES
CJI-Civ 6:1

23.     Plaintiff incorporates the preceding allegations by reference.

24.     As a result of the March 22, 2021 incident, Long suffered past and future noneconomic losses or injuries, including: physical and mental pain and suffering, inconvenience, emotional stress, and impairment of the quality of life.

25.     As a result of the collision of March 22, 2021 incident, Long suffered past and future economic damages, including: loss of earnings or damage to his ability to earn money in the future, and medical, hospital, and other expenses.

26.     As a result of the March 21, 2021 incident, Long is permanently impaired and disfigured.

**WHEREFORE**, Plaintiff respectfully requests:

4

A.      Judgment to be entered against the Defendant in an amount to be proven at trial for all damages caused to Plaintiff by the incident;

B.      Pre-Judgment and post-judgment interest;

C.      Costs of litigation, including expert witness fees;

D.      Reasonable attorneys' fees; and,

E.      Such other and further relief as the Court deems just and proper.

RESPECTFULLY submitted this 26th day of October, 2022.

**DOEHLING LAW, P.C.**
*/s/ Joseph H. Azbell, Esq.*
Keller A. Caubarreaux        No 40612
Joseph H. Azbell             No. 44586
Attorneys for Plaintiffs

Plaintiff's Address:
2050 Whitewater Creek Road
Whitewater, CO 81527

5