IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-02999-REB-SP

BRANDON LONG & MICHELLE LONG

Plaintiffs,

v.

J&C ENTERPRISES, INCORPORATED

Defendant.

**NOTICE OF SETTLEMENT AND STIPULATED REQUEST TO VACATE TRIAL**

Defendant J&C Enterprises, Incorporated, by and through its attorneys, Wegener Lane & Evans, P.C., and Plaintiffs Brandon Long and Michelle Long, by and through their attorneys, Veritas Injury Lawyers (Doehling Law, P.C.), submit this Notice of Settlement and Stipulated Request to Vacate Trial, and as grounds therefore, state as follows:

The Parties to this matter reached a full, final, and complete resolution and settlement to this matter earlier today. Given this, Counsel for Defendant has prepared a Settlement Agreement and Release and has sent that to Plaintiffs' Counsel for review. The Parties anticipate that it will take approximately one week to obtain all client approval for the settlement documents and to then have them executed. Once executed, it will take approximately two to three weeks for the settlement to be funded. As such, the Parties would request that the trial scheduled for the weeks of August 5,

2024, and August 12, 2024, be vacated and that the Parties be provided thirty (30) days within in which to finalize this matter and dismiss this case.

Respectfully submitted this 26th day of July, 2024.

**WEGENER LANE & EVANS, P.C.**

*/s/ Dalen B. Porter*
Benjamin M. Wegener, CO Atty. Reg. #36952
Dalen B. Porter, CO Atty. Reg. #55460
Wegener Lane & Evans, P.C.
743 Horizon Court, Suite 200
Grand Junction, CO 81506
Telephone: 970-242-2645
Fax: 970-241-5719
Email: ben@wlelegal.com
dalen@wlelegal.com

**DOEHLING LAW, P.C.**

*/s/ Joseph Azbell*
Keller A. Caubarreaux, CO Atty. Reg. #40612
Joseph H. Azbell, CO Atty. Reg. #44586
Veritas Injury Lawyers (Doehling Law, P.C.)
114 North Spruce Street, Suite 100
Grand Junction, CO 81501
Phone: 970-241-9370
Email: keller@veritasattorneys.com
joseph@veritasattorneys.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of July, 2024, a true and correct copy of the foregoing using the CM/ECF system which will send notification of such filing to the following:

Keller A. Caubarreaux
Joseph H. Azbell
Veritas Injury Lawyers
114 North Spruce Street, Suite 100
Grand Junction, CO 81501
Phone: 970-241-9370
Email: keller@veritasattorneys.com
         joseph@veritasattorneys.com

*/s/ Dalen B. Porter, Original signature on file in the Law Offices of Wegener Lane & Evans, P.C.*

Dalen B. Porter