# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:22-cv-02999-REB-GPG

BRANDON LONG and MICHELLE LONG,

    Plaintiff.

v.

J&C ENTERPRISES, INC.,

    Defendant.

___

## STIPULATION FOR DISMISSAL WITH PREJUDICE
___

Pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiffs, Brandon Long and Michelle Long, and the defendant, J&C Enterprises, Inc., through their undersigned attorneys, stipulate to dismissal of this action, with prejudice, with each party to pay their own costs and attorney fees. The parties request the Court enter an Order of Dismissal.

**RESPECTFULLY** submitted this 26th day of August 2024.

| | |
|---|---|
| **DOEHLING LAW, P.C.** | **WEGENER Lane & Evans, P.C.** |
| */s/ Joseph H. Azbell, Esq.* | */s/Benjamin M. Wegener, Esq.* |
| Joseph H. Azbell, Esq. | Benjamin M. Wegener, Esq. |
| Keller A. Caubarreaux, Esq. | Wegener Lane & Evans, P.C. |
| Doehling Law, P.C. | 743 Horizon Court |
| 114 North Spruce Street, Suite 100 | Grand Junction, CO 81506 |
| Grand Junction, CO 81501 | Telephone: (970) 242-2645 |
| Telephone: (970) 241-9730 | Counsel for Defendant |
|  Counsel for Plaintiffs | |

1

## CERTIFICATE OF SERVICE

I HEREBY certify that on this 26th day of August 2024, a true and correct copy of the foregoing **Stipulation for Dismissal with Prejudice** was filed with the Clerk of the Court using CM/ECF system, which will send notification of such filing to the following recipients:

Benjamin M. Wegener, Esq.
Dalen B. Porter, Esq.
Wegener Lane & Evans, P.C.
743 Horizon Court, Suite 200
Grand Junction, CO 81506
    *Counsel for Defendant

                                            **DOEHLING LAW, P.C.**

                                            */s/ Cassidy Jennings*
                                            Cassidy Jennings, Paralegal