IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn

Civil Action No. 22-cv-02999-REB-SBP

BRANDON LONG, and
MICHELLE LONG,

    Plaintiffs,

v.

J&C ENTERPRISES, INC.,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

This matter before me on the **Stipulation for Dismissal With Prejudice** [#72],[1] filed August 26, 2024. After reviewing the stipulation and the record, I approve the stipulation.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation for Dismissal With Prejudice** [#72] is approved;

2. That all claims are dismissed with prejudice, with each party to bear its own attorney fees and costs; and

3. That this case is closed.

Dated August 26, 2024, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge

---

[1] "[#72]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.